

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00215-CR

**EX PARTE** Jose Casique **LOPEZ**

From the County Court, Kinney County, Texas
Trial Court No. 13292CR
Honorable Molly Francis, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED September 17, 2025.

_____
Adrian A. Spears II, Justice